IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED FINANCIAL
CASUALTY COMPANY                                                            PLAINTIFF

v.                                    Case No. 1:22-cv-1065

AVANT TRUCKING, LLC, *et al*.                                              DEFENDANTS

## ORDER

Before the Court is Plaintiff's Stipulation of Dismissal. ECF No. 19. Plaintiff seeks to voluntarily dismiss this matter without prejudice, with all parties bearings its own costs and fees. The instant stipulation is signed by all parties who have entered an appearance.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). Thus, all claims were effectively dismissed when the parties filed the instant stipulation. However, this order issues for the purpose of maintaining the Court's docket.

This case is hereby **DISMISSED WITHOUT PREJUDICE**. Each party will bear its own costs and fees.

**IT IS SO ORDERED**, this 26th day of January, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge